# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Thomas Floyd Littlejohn,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00209-MR |
| | ) | 1:90-cr-00231-MR-5 |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 14, 2018 Order.

November 14, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court